STATE OF NEW JERSEY v. BRYANT HARE.

May 18, 1976. Petition for certification denied. (See 139 *N. J. Super.* 150)

STATE OF NEW JERSEY v. RICHARD SAX.

May 18, 1976. Petition for certification denied. (See 139 *N. J. Super.* 58)

MONMOUTH MEDICAL CENTER v.
CITY OF LONG BRANCH.

May 18, 1976. Petition for certification granted. (See 138 *N. J. Super.* 524)

MARIA ANTONIETA ODAR v. CHASE MANHATTAN BANK.
May 18, 1976. Petition for certification denied. (See 138 *N. J. Super.* 464)

PUBLIC SERVICE ELECTRIC & GAS COMPANY v. TOWN-SHIP OF WOODBRIDGE IN THE COUNTY OF MIDDLE-SEX.

May 18, 1976. Petition for certification granted. (See 139 *N. J. Super.* 1)